RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
FEB 0 7 2011
FILED_____
DOCKETED_____
DATE        INITIAL

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 1, 2011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Jacob Doe, a Minor, by His Parents and Next Friends, James Doe, et ux., et al.
v. Kamehameha Schools/Bernice Pauahi Bishop Estate, et al.
Application No. 10A736
(Your No. 09-15448)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kennedy, who on February 1, 2011 extended the time to and including March 7, 2011.

This letter has been sent to those designated on the attached notification list.

Sincerely,

William K. Suter, Clerk

by *Melissa Blalock*
Melissa Blalock
Case Analyst

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEB 0 7 2011

D
KETED     DATE     INITIAL

Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Eric Grant
8001 Folsom Blvd.
Suite 100
Sacramento, CA 95826

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526