# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

March 9, 2011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Jacob Doe, a Minor, by His Parents and Next Friends, James Doe, et ux., et al.
           v. Kamehameha Schools/Bernice Pauahi Bishop Estate, et al.
           No. 10-1100
           (Your No. 09-15448)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 7, 2011 and placed on the docket March 9, 2011 as No. 10-1100.

           Sincerely,

           **William K. Suter**, Clerk

           by

           Melissa Blalock
           Case Analyst