# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

May 16, 2011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Jacob Doe, a Minor, by His Parents and Next Friends, James Doe,
          et ux., et al.
          v. Kamehameha Schools/Bernice Pauahi Bishop Estate, et al.
          No. 10-1100
          (Your No. 09-15448)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk